Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7419 | **DATE** | 9/28/2001 |
| **CASE TITLE** | Rev. Leroy Dixon vs. J. Parker | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing set for 11/20/01 at 9:00 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Dixon is granted leave to proceed in forma pauperis. The authorities at Logan are ordered to make the initial filing payment of $3.50 as soon as the balance in his account is sufficient for that purpose. Monthly payments are to be collected and forwarded to the Clerk each time the amount in the account exceeds $10. Michael Joseph Small, Foley & Lardner, 330 North Wabash Suite 3300, Chicago, 60611 312.755.2900 is appointed to represent the plaintiff. Pretrial schedule on reverse of minute order.
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | OCT 0 1 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 9/28/2001 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN | courtroom deputy's initials | 01 SEP 28 PM 4:51 | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REV. LEROY DIXON,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           ) No. 01 C 7419
                                 )
J. PARKER, et al.,               )
                                 )
            Defendants.          )

MEMORANDUM OPINION AND ORDER

OCT 0 1 2001

Leroy Dixon ("Dixon") has submitted a self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint against a state parole officer and that officer's supervisor, asserting a violation of Dixon's constitutional rights in the manner set out in his handwritten completion of the Complaint form.[1] Dixon has supplemented his Complaint with a printout of transactions in his inmate trust fund at Logan Correctional Center ("Logan"), where he is now in custody.

To begin with the information disclosed by that printout, it reflects that the per-month average of deposits to that account for the six-month period immediately preceding Dixon's execution of his Complaint (see 28 U.S.C. §1915(b)(1)(A)) came to $17.50,

---

[1] Although Dixon's Complaint also lists "IDOC West Grand Office" as a third "defendant," no such legal entity exists so as to be amenable to suit. And though Complaint ¶II.C supplements that listing by also referring to "entire P.R.B. staff," such a generalized designation cannot bring such unidentified persons into this action. If and when Dixon (through discovery or otherwise) learns the identity of any other persons who he claims deprived him of his constitutional rights, he will have to ask leave to name that person or those persons as an added party or parties defendant.

requiring an initial partial filing fee payment of $3.50 (id.).
Accordingly Dixon is granted leave to proceed in forma pauperis
(that is, without being required to pay the $150 filing fee in
advance). But because the current balance in his account is less
than the required $3.50 down payment, the authorities at Logan
are ordered to make that initial payment as soon as the balance
in his account is sufficient for that purpose (most likely when
the next payroll deposit is credited to the account) and to pay
it directly to the Clerk of Court ("Clerk").

After such payment, the trust fund officer at Logan or any
other correctional facility where Dixon is confined is authorized
to collect monthly payments from his trust fund account in an
amount equal to 20% of the preceding month's income credited to
the account. Monthly payments collected from the trust fund
account shall be forwarded to the Clerk each time the amount in
the account exceeds $10 until the full $150 filing fee is paid.
Both the initial payment and all future payments shall be sent to
the Clerk, United States District Court, 219 South Dearborn
Street, Chicago, Illinois 60604, attention: Fiscal Department,
and shall clearly identify Dixon's name and the 01 C 7419 case
number assigned to this action. To implement these requirements,
the Clerk shall send a copy of this order to the Logan trust fund
officer.

Next this Court turns, as contemplated by 42 U.S.C.

§1997e(a), to the question of Dixon's exhaustion of administrative remedies--a precondition to any prisoner's filing of a lawsuit such as this one. In that respect, Complaint ¶III indicates that Dixon has taken whatever action is available to him for that purpose, and he cannot be faulted for the total inattention to his grievance that he sets out. Accordingly this Court determines that on the face of the Complaint Dixon has satisfied the statutory requirement (a determination that may of course be subject to what may hereafter be advanced on defendants' behalf).

Finally, to turn to Dixon's substantive claims, it is exceedingly plain that he needs legal assistance to pursue his lawsuit. This Court has accordingly obtained the name of this member of the trial bar to represent Dixon pro bono publico:

> Michael Joseph Small
> Foley & Lardner
> 330 North Wabash Avenue
> Suite 3300
> Chicago IL 60611
> 312.755.2900

This action is set for an initial status hearing at 9 a.m. November 20, 2001 in accordance with the scheduling order being entered contemporaneously with this memorandum order.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 28, 2001